**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| JERMAINE CORTEZ PATE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:25-cv-00031-JSD |
| | ) | |
| RUSTY RATLIFF, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

State-court prisoner Jermaine Cortez Pate filed this civil action in April 2025, seeking a writ of habeas corpus under 28 U.S.C. § 2254.  This is the fourth § 2254 petition filed by Pate in this Court challenging the same state court conviction and sentence.  On October 7, 2025, the Court dismissed the action as a successive § 2254 petition without authorization from the Eight Circuit Court of Appeals.  ECF No. 30; *see also* 28 U.S.C. § 2244(b)(3)(A).  In that dismissal Order, the Court denied Petitioner a certificate of appealability, finding no substantial showing of a denial of a federal right.  ECF No. 30 at 3 (citing 28 U.S.C. § 2253(c)(1)(A)).  Soon after dismissal, Petitioner filed an 'Application for a Certificate of Appealability,' rearguing the merits of his § 2254 petition.  ECF No. 32.  Based on a review of the Application, the Court still finds no substantial showing of a denial of a federal right.  *See* 28 U.S.C. § 2253.

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner's Application for a Certificate of Appealability [ECF No. 32] is **DENIED.**

Dated this 2nd day of March, 2026.

_____
CRISTIAN M. STEVENS
UNITED STATES DISTRICT JUDGE